580

428 A.2d 670

Commonwealth, Appellant v. Freeze.

Submitted November 16, 1979. John L. Brown, Jr., Assistant District Attorney, for Commonwealth, appellant; Harry E. Knafelc, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

428 A.2d 670

Commonwealth v. Garnett, Appellant.

Submitted April 16, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.